EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff,*<br><br>v.<br><br>DUSTIN DEWAYNE BRISTOW,<br><br>           *Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No. 21-MJ-188-SPS |

    I, Jeremy Rebmann, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

    Beginning on or about May 23rd, 2007, and continuing until June 30th, 2008, in the Eastern District of Oklahoma, in Indian Country, **DUSTIN DEWAYNE BRISTOW** committed the crimes of Aggravated Sexual Abuse, in violation of Title 18, United States Code, Sections 1151, 1153, 2241(c), 2246(2)(A), and 2246(2)(D).

    I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

    (See attached Affidavit of Special Agent Jeremy Rebmann, which is attached hereto and made a part hereof by reference.)

    ☒    Continued on the attached sheet.

                                              Jeremy Rebmann
                                              Special Agent
                                              Federal Bureau of Investigation
                                              Complainant

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: April 23, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                              Signature of Judicial Officer



## AFFIDAVIT

I, Special Agent Jeremy Rebmann, being duly sworn, does depose and state the following:

### AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am an investigative officer, or law enforcement officer, of the United States of America within the meaning of Title 18, United States Code (USC), Section 2510(7), that is an officer of the United States who is empowered by law to conduct investigation of, and make arrests for, offenses enumerated in Title 18. In the course of my duties as special agent, I have investigated criminal violations related to Indian Country crimes, as explained in 18, United States Code (USC), 1151 and as it pertains to the Major Crimes Act (MCA). I have been a Special Agent with the FBI since September 26, 1999, and am currently assigned to the Stillwater Resident Agency of the FBI Oklahoma City Division. As an FBI Special Agent, I have previously conducted investigations in numerous federal criminal violations. I have received formal training and instruction from numerous in-service training programs and conferences and from on-the-job training and experience. I have been involved in all aspects of various criminal and national security investigations, to include: applying for and conducting search and arrest warrants, evidence collection, seizing documents and electronics, and the prosecution of related offenders. I have had conversations with, and have been in the company of, other experienced local, state, and federal law enforcement officers, as well as prosecuting attorneys at the state and federal levels, concerning myriad federal criminal violations. Additionally, I have worked in the company of other experienced law enforcement officers and have discussed with them their investigative techniques and experiences with criminal investigations. Therefore, I, Jeremy Rebmann, the undersigned complainant, state that the following is true to the best of my knowledge and belief:

1

## PROBABLE CAUSE

2. VENUE: The facts and circumstances alleged in this affidavit occurred at 710 N. 11th St. of Hartshorne, Oklahoma and 4860 N. Old Highway 69, McAlester, Oklahoma. The location is within the Eastern District of Oklahoma. The facts and circumstances occurred within the special maritime and territorial jurisdiction of the United States and in Indian Country, to wit the Choctaw Nation Reservation.

3. DEFENDANT: The defendant is DUSTIN DEWAYNE BRISTOW. Here in after referred to as BRISTOW. For purposes of federal jurisdiction, BRISTOW is an Indian. BRISTOW is not enrolled with the Muscogee (Creek) Nation, but does possess a Bureau of Indian Affairs Certificate of Degree of Indian Blood indicating 1/16th degree Creek Indian blood.

4. OFFENSE: Beginning on or about the 23rd of May, 2007 and continuing until the 30th day of June, 2008, BRISTOW, knowingly engaged in a sexual act with A.K.T. (DOB 05/XX/2000) who had not attained the age of sixteen.

5. BACKGROUND: Between the dates 23rd of May, 2007 and the 30th day of June, 2008, BRISTOW touched A.K.T.'s vagina and breast with his hand and exposed his penis to A.K.T. Between the dates of the 1st day of July, 2008 and the 30th day of October, 2008, BRISTOW touched A.K.T.'s vagina with his hand. On or about the 31st day of October 2008, BRISTOW exposed his penis to A.K.T. and rubbed his penis around her vagina.

6. On 1/5/2009, A.K.T. told a DHS investigator that BRISTOW "touched [her] in spots that he should not have" when he babysat her at her sister's house, which was next to her residence at the time. A.K.T. told investigators that BRISTOW touched her on her vagina and on her breast when she was seven years old, then told her not to tell anyone. A.K.T. stated that the second time BRISTOW touched her inappropriately was at BRISTOW's new residence, 4860 North Old Hwy 69, McAlester, OK. At that location, BRISTOW touched her vagina with his hand,

and again told her not to tell anyone. The last time BRISTOW touched her inappropriately was on Halloween day 2008 at her residence. On that occasion, BRISTOW pulled down his pants, exposed his penis, and "rubbed his penis around her vagina." The mother of A.K.T., D.T., told DHS investigators that on 1/31/2009, A.K.T. wanted to tell her something but was unable. A.K.T. then wrote down, "Dustin He Sex a saults me he shows me his spot and other things."

## CONCLUSION

7.  Based on a review of those documents and based on my knowledge and experience with violent crimes in Indian country, I, as your Affiant have probable cause to believe DUSTIN DEWAYNE BRISTOW has committed the offenses of Aggravated Sexual Abuse, in violation of Title 18, United States Code, Sections 1151, 1153, 2241(c), 2246(2)(A), and 2246(2)(D).

_____
Jeremy Rebmann
Special Agent, FBI

Sworn to and subscribed before me this 23rd day of April, 2021.

_____
United States Magistrate Judge