

MAY 13 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DUSTIN DEWAYNE BRISTOW,<br><br>*Defendant.* | Case No. **CR 21-188 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY
[18 U.S.C. §§ 2244(a)(5), 2246(3), 1151 & 1153]

Between on or about May 23, 2007 and October 31, 2008, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DUSTIN DEWAYNE BRISTOW**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, directly and through the clothing, the genitalia and breast of A.K.T., who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151 and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*/s/ Edith Singer*
_____
EDITH A. SINGER, OBA#19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY