IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JUN 23 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>DUSTIN DEWAYNE BRISTOW,<br><br>        *Defendant*. | Case No. 21-CR-188-JWD |

### SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

#### COUNT ONE

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2241(c), 2246(2)(A), 1151 & 1153]**

On or about October 31, 2008, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DUSTIN DEWAYNE BRISTOW**, an Indian, did knowingly cause and attempt to cause A.T., a person who had not attained the age of 12 years, to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetration, however slight, between the penis and the vulva of A.T., in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(A), 1151 and 1153.

#### COUNT TWO

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2241(c), 2246(2)(D), 1151 & 1153]**

Between on or about April 20, 2007 and October 30, 2008, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DUSTIN DEWAYNE BRISTOW**, an Indian, did knowingly cause and attempt to cause A.T., a person who had not attained the age of 12 years, to

engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: intentional touching, directly and not through the clothing of the genitalia of A.T. with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c), 2246(2)(D), 1151 and 1153.

### COUNT THREE

**ABUSIVE SEXUAL CONTACT IN INDIAN COUNTRY**
**[18 U.S.C. §§ 2244(a)(5), 2246(3), 1151 & 1153]**

Between on or about May 23, 2007 and October 31, 2008, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DUSTIN DEWAYNE BRISTOW**, an Indian, did knowingly engage in and cause sexual contact as defined in Title 18, United States Code, Section 2246, to wit: intentionally touching, directly and through the clothing, the genitalia and breast of A.T., who had not attained the age of 12 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(5), 2246(3), 1151 and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*Edith A. Singer*
EDITH A. SINGER, OBA#19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY