IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. DUSTIN DEWAYNE BRISTOW, *Defendant.* | Case No.  CR-21-188-JWD |

# INFORMATION

The United States Attorney charges:

### COUNT ONE

**SEXUAL ABUSE IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1151, 1153, 2242(2)(A) & 2246(2)(D)]**

Between on or about April 20, 2007 and October 30, 2008, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DUSTIN DEWAYNE BRISTOW**, an Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: the intentional touching, directly and not through the clothing, of the genitalia of A.T., a person who had not attained the age of 16 years, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, knowing that A.T. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Sections 1151, 1153, 2242(2)(A), and 2246(2)(D).

CHRISTOPHER J. WILSON
United States Attorney

*Edith A. Singer*
EDITH A. SINGER, OBA#19439
Assistant United States Attorney